IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv1013-TMH |
| | ) | |
| BILL FRANKLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On May 4, 2012, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 26).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case is DISMISSED without prejudice for plaintiff's

failures to prosecute this action and to comply with the orders of this court.

Done this the 24th day of May,  2012.


      /s/    Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE